UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHAPIN HOME FOR THE AGING,

                 Plaintiff,

    -against-

CHARYLL MCKIMM a/k/a CHERYLL
CLAIBORNE, LLOYS RENARD CLAIBORNE,
RENEE CLAIBORNE, DENISE CLAIBORNE,
LLOYD RENARD CLAIBORNE II, ASHLEY
SMITH, LINDA ELAM, DEBORAH LASHLEY, as
Executor of the ESTATE OF ALICE R. GREENE,
NATIONS HOLDING COMPANY, NATIONS
TITLE AGENCY, NATIONS TITLE AGENCY,
INC., NATIONS TITLE AGENCY OF KANSAS,
INC., NATIONS TITLE AGENCY OF MISSOURI,
INC., NATIONS OF NEW YORK, INC.,
NATIONS VALUATIONS SERVICES, INC.,
NATIONS SIGNATURE SERVICES, INC.,
NATIONS SIGNATURE CLOSERS, INC.,
NATIONS REO, INC., and FORECLOSURE
MANAGEMENT COMPANY,

                 Defendants.
------------------------------------------------------------------X

JUDGMENT
11-CV- 0667 (FB)

       A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on June 13, 2012, dismissing Plaintiff's RICO claim against Defendants; and declining to exercise supplemental jurisdiction over Plaintiff's state law claims, and dismissing those claims without prejudice; it is

JUDGMENT 11-CV-0667 (FB)

ORDERED, ADJUDGED AND DECREED that Plaintiff's RICO claim against Defendants is dismissed; and that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and those claims are dismissed without prejudice.

Dated: Brooklyn, New York
      June 13, 2012

Douglas C. Palmer
Clerk of Court

by: s/ MG

Michele Gapinski
Chief Deputy for
Court Operations